# — EXHIBIT A —

PLYMOUTH TUBE CO USA

Return to IDX
P.O. Box 989728
West Sacramento, CA 95798-9728

3_000551

Aaron Weaver
[redacted]

Enrollment Code: CFM3DUPDAP
To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://app.idx.us/account-creation/protect

March 13, 2024

Dear Aaron Weaver,

Plymouth Tube Company is committed to protecting the privacy and security of the personal information we maintain. We are writing to notify you of a data security incident that involved some of that information. This notice explains the incident, measures we have taken, and some additional steps you may consider taking in response.

We first identified unauthorized activity involving our computer systems on January 29, 2024. Upon discovery, we took immediate action to contain the incident and began an investigation with the assistance of a cybersecurity firm that has assisted other companies in similar situations. We also reported the incident to law enforcement. The investigation determined that an unauthorized person gained access to some of our systems and acquired copies of certain files from our systems between January 27 and January 29, 2024. We analyzed the files involved and, on February 29, 2024, determined that they may have contained your name and one or more of the following: date of birth, Social Security number, driver's license number, health insurance information (including subscriber identification number) if enrolled in our health plan, and/or medical diagnosis or treatment information if provided to us for a work-related reason (e.g., accommodation request, disability claim, etc.).

We are offering you two years of complimentary identity monitoring services through IDX, A ZeroFox Company. IDX identity protection services include: two years of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. We encourage you to contact IDX with any questions and to enroll in free identity protection services by scanning the QR code above, calling 1-888-586-8722, or going to https://app.idx.us/account-creation/protect and using the Enrollment Code provided above. Please note the deadline to enroll is June 13, 2024. For more information on identity theft prevention, please see the pages following this letter.

We regret this incident occurred and apologize for any inconvenience. We have and will continue to take steps to enhance the security of our computer systems to help prevent events such as this from occurring in the future.

If you have any questions about this incident, please call 1-888-586-8722, Monday through Friday, 8:00 a.m. to 8:00 p.m. Central Time, excluding major U.S. holidays.

Sincerely,

Scott Patkus
VP, Human Resources